October 23, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTINE REULE, Appellant

NO. 14-14-00574-CV

NO. 14-14-00655-CV

NO. 14-14-00772-CV

V.

JOHN R. BELUS, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeals from the interlocutory orders signed by the court below on July 7, 2014, July 24, 2014, and September 18, 2014. Having considered the motion and found it meritorious, we order the appeals **DISMISSED**.

We further order that each party shall pay its costs by reason of these appeals.

We further order this decision certified below for observance.